[No. 3587-1.   Division One.   April 19, 1976.]

THE CITY OF SEATTLE, *Respondent*, v. JAMES LEE VERDON, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 61745, James W. Mifflin, J., entered February 5, 1975. *Affirmed* by unpublished per curiam opinion.